## Commonwealth of Pa. *v.* John Mills, Appellant.

Argued Nov. 9, 1896. Appeal, No. 15, March T., 1897, by defendant, from judgment and sentence of Q. S. Lebanon County, June Session, 1896, No. 55, on plea of guilty. Before RICE, P. J., WILLARD, WICKHAM, BEAVER, REEDER, ORLADY and SMITH, JJ. Affirmed.

OPINION BY SMITH, J., December 7, 1896:
The defendant in this case entered a plea of guilty to an indictment charging an escape from a jailer at the same time and in the same manner as the defendant in the case of the Commonwealth v. John Adams, decided at the present term. The cases involved the same questions and were argued together. For the reasons given in that case the assignment of error here is overruled and the judgment is affirmed.